UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  22CR0981-JLS |
| Plaintiff, | ) ) ) | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING AND TRIAL SETTING** |
| v. | ) ) ) | |
| ANDREW GERONIMO SANCHEZ, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing and trial setting from June 3, 2022 to July 29, 2022 at 1:30 p.m. is granted. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated:  May 31, 2022

Hon. Janis L. Sammartino
United States District Judge