UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22CR0981-JLS |
| Plaintiff, | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING AND TRIAL SETTING** |
| v. | |
| ANDREW GERONIMO SANCHEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing and trial setting from July 29, 2022 to September 21, 2022 at 1:30 p.m. is granted. For the reasons set forth in the joint motion, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated: July 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge